BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant KLINE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>THOMAS J. KLINE,<br><br>        Defendant. | No. CR-09-00648 JW<br><br>STIPULATION TO CONTINUE SENTENCING; [PROPOSED] ORDER |

### STIPULATION

Defendant Thomas J. Kline, by and through Assistant Federal Public Defender Nicholas P. Humy, and the United States, by and through Assistant U.S. Attorney Hanley Chew, hereby stipulate that, with the Court's approval, the sentencing hearing currently set for Monday, March 8, 2010, at 1:30 p.m., shall be continued to Monday, March 15, 2010, at 1:30 p.m.

The reason for the requested continuance is that defense counsel recently had to be out of the district as part of his medical treatment.  Defense counsel has contacted both AUSA Chew and United States Probation Officer Aylin Raya, and has been informed that neither objects to the requested continuance.

Stipulation to Continue; [Proposed] Order           1

1  IT IS SO STIPULATED.

3  Dated: February 26, 2010

```
                              _____/s/_____
                              NICHOLAS P. HUMY
                              Assistant Federal Public Defender
```

7  Dated: February 26, 2010

```
                              _____/s/_____
                              HANLEY CHEW
                              Assistant United States Attorney
```

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the sentencing hearing currently set for Monday, March 8, 2010, shall be continued to Monday, March 15, 2010, at 1:30 p.m.

IT IS SO ORDERED.

Dated: March 4, 2010

```
                              _____
                              THE HONORABLE JAMES WARE
                              United States District Court
```

Stipulation to Continue; [Proposed] Order        2